# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0778.  WILLIAM K. DAVIDSON v. J. W. RECOIL, LLC.

After the magistrate court entered a writ of possession against him, William K. Davidson appealed to superior court.  The superior court affirmed the magistrate court's ruling and later denied Davidson's motion for new trial.  He then appealed directly to this Court.  We lack jurisdiction.  Because the order at issue disposes of a de novo appeal from a magistrate court decision, Davidson was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).[1]  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] We note that Davidson also filed a discretionary application, which was dismissed as untimely on August 27, 2012.  See A12D0483.